UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH WRIGHT,

                Plaintiff,

    v.                                          Civil No.6:15-cv-01122-AA

KELLER LUMBER COMPANY,

                Defendant.

## JUDGMENT

Per the Notice of Acceptance of Offer of Judgment filed December 17, 2015, this action is dismissed. Defendant settles this action for the sum of $32,500.00.

Dated this 19 day of December 2015.

                                        */s/ Ann Aiken*

                                        Ann Aiken
                                 United States District Judge

JUDGMENT